## **RETURN OF SERVICE**

**State of FLORIDA**  **County of MIAMI-DADE**  Circuit Court

Case Number: 2016-019448-CA-01

Plaintiff:
**BRYAN RAMIREZ**

vs.

Defendant:
**DIAMOND TOUCH, INC., ET. AL.,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 9th day of August, 2016 at 8:39 am to be served on **ORI TAMUZ, 495 BRICKELL AVENUE, #2609, MIAMI BEACH, FL 33139.**

I, JOHN BETANCOURT, do hereby affirm that on the **27th day of August, 2016 at 3:15 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: ORI TAMUZ at the address of: **4469 ALTON RD., MIAMI BEACH, FL 33140** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

JOHN BETANCOURT
CPS #2212

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2016011760

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

