UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-23744-UU

BRYAN RAMIREZ,

    Plaintiff,

v.

DIAMOND TOUCH, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.-

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    On August 27, 2016, Defendant, Ori Tamuz, was served with Plaintiff's Complaint. D.E. 15. As such, Defendant's response to Plaintiff's Complaint was due on September 19, 2016. Fed. R. Civ. P. 12(a)(1)(A)(i). However, Defendant failed to respond to Plaintiff's Complaint. Because Defendant has failed to respond, Defendant is in default for failing to file a timely response. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Clerk of the Court SHALL enter Default against Defendant, Ori Tamuz. It is further

    ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendant, duly supported by affidavits and other documentation and a proposed Final Order by **Friday, October 7, 2016**. Failure to comply with this Order will result in the immediate dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September, 2016.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf