UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRYAN RAMIREZ

PLAINTIFF(S)

v.

DIAMOND TOUCH, INC., et al.,

DEFENDANT(S).

CASE NUMBER
1:16–cv–23744–UU

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Ori Tamuz**

as of course, on the date September 28, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Patrick Edwards*
Deputy Clerk

cc:  Judge Ursula Ungaro
     Bryan Ramirez

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)