# **EXHIBIT D**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-23744-Ungaro/Otazo-Reyes

**BRYAN RAMIREZ,**
and other similarly-situated individuals,

    **Plaintiff,**

v.

**DIAMOND TOUCH, INC.,**
a Foreign Profit Corporation, *d/b/a*
**GRANBURY SOLUTIONS,**
**NOVANOVAPOS, INC.,**
a Florida Profit Corporation, *d/b/a*
**NOVA POINT OF SALE,**
**SHAI BENAMO** individually,
**ORI TAMUZ,** individually, and
**AMIR EGEL,** individually,

    **Defendants.**
_____/

## FINAL JUDGMENT

This action came on before the Court, on the granting of Plaintiff Ramirez's Motion for Default Final Judgment as to Defendant Ori Tamuz, the issues of damages having been submitted by affidavit, and pursuant to Fed. R. Civ. P. 54 and 58 the Court duly rendering its verdict,

It is **ORDERED AND ADJUDGED** that:

1. The Motion for Default Final Judgment as to Defendant Ori Tamuz is **GRANTED**.

2. Judgment is hereby entered in favor of Plaintiff Ramirez residing at 6539 SW 84 Avenue, Miami, Florida 33143 against Defendant, **ORI TAMUZ** residing at 4469 Alton Road, Miami Beach, Florida 33140.

3. It is further ADJUDGED that Plaintiff Ramirez shall recover from **ORI TAMUZ**, individually, the sum of $19,500.00 for unpaid wages and liquidated damages.

4. Plaintiff is entitled to attorney fees of $2,550.00 from **ORI TAMUZ**, individually as to work performed as it relates to Defendant Ori Tamuz, individually. In other words, this is exclusive of attorneys' fees in connection with work performed as to all other Defendants in this matter.

   a. Attorneys' Fees: Anthony M. Georges-Pierre, Esq.—hourly rate of $400.00. This hourly rate was previously awarded to Mr. Georges-Pierre in *See Jose Danilo v. Warinez, LLC, et al.*, S.D. Fla. Case No.: 1:14-cv-23366-JAL.

   b. Attorneys' Fees: Anaeli C. Petisco, Esq.—hourly rate of $300.00. This hourly rate was previously awarded to Ms. Petisco in *See Wigley v. Lawn Wizard USA, et al.*, S.D. Fla. Case No.: 1:15-cv-60755-CMA; *see also Corzo v. R & R Shopping Plaza, Inc. et al.*, Case No. 1:16-cv-20940-JG.

5. Plaintiffs is entitled to costs of $523.00 for filing, process for Ori Tamuz only, research, postage and copies from **ORI TAMUZ**, individually.

6. Final judgment is entered against **ORI TAMUZ** residing at 4469 Alton Road, Miami Beach, Florida 33140, and in favor of Plaintiff Ramirez herein totaling $22,573.00, interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue forthwith.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of _____, 2016.

 

**URSULA UNGARO**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:   **Anthony M. Georges-Pierre, Esq.**
**Anaeli C. Petisco, Esq.**

**Allison Gluvna Folk, Esq.**
**Jennifer A. Schwartz, Esq.**
Jackson Lewis P.C.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email: allison.folk@jacksonlewis.com
Email: Jennifer.Schwartz@jacksonlewis.com

**Ruben Martin Saenz**
Saenz & Anderson, PLLC
20900 N.E. 30th Avenue
Suite 800
Aventura, FL 33180
305.503.5131
Fax: 1.888.270.5549
Email: msaenz@saenzanderson.com

**Ori Tamuz**
4469 ALTON ROAD
MIAMI BEACH, FL 33140