UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-23744-Ungaro/Otazo-Reyes

**BRYAN RAMIREZ,**
and other similarly-situated individuals,

    **Plaintiff,**

v.

**DIAMOND TOUCH, INC.,**
a Foreign Profit Corporation, *d/b/a*
**GRANBURY SOLUTIONS,**
**NOVANOVAPOS, INC.,**
a Florida Profit Corporation, *d/b/a*
**NOVA POINT OF SALE,**
**SHAI BENAMO** individually,
**ORI TAMUZ,** individually, and
**AMIR EGEL,** individually,

    **Defendants.**
_____/

## ORDER GRANTING PLAINTIFF RAMIREZ'S MOTION FOR DEFAULT FINAL JUDGMENT AS TO DEFENDANT ORI TAMUZ

This action came on before the Court on Plaintiff Ramirez's Motion for Default Final Judgment as to Defendant Ori Tamuz. The Court, having reviewed Plaintiff's Motion for Default Final Judgment, supporting affidavit, and return of service of process for Defendant Ori Tamuz, and being otherwise duly advised in the premises thereof, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion for Default Final Judgment as to Defendant Ori Tamuz is **GRANTED**.

2. Final judgment will be entered in favor of Plaintiff Ramirez against Defendant **ORI TAMUZ**, residing at 4469 Alton Road, Miami Beach, Florida 33140. For which sum let execution issue forthwith in line with the Final Judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30 day of Sept, 2016.

_____
**URSULA UNGARO**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:   **Anthony M. Georges-Pierre, Esq.**
**Anaeli C. Petisco, Esq.**

**Allison Gluvna Folk, Esq.**
**Jennifer A. Schwartz, Esq.**
Jackson Lewis P.C.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email: allison.folk@jacksonlewis.com
Email: Jennifer.Schwartz@jacksonlewis.com

**Ruben Martin Saenz**
Saenz & Anderson, PLLC
20900 N.E. 30th Avenue
Suite 800
Aventura, FL 33180
305.503.5131
Fax: 1.888.270.5549
Email: msaenz@saenzanderson.com

**Ori Tamuz**
4469 ALTON ROAD
MIAMI BEACH, FL 33140