UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-23744-UU

BRYAN RAMIREZ,

    Plaintiff,

v.

DIAMOND TOUCH, INC., *et al.*,

    Defendants.

_____/

**ORDER**

    THIS CAUSE comes before the Court upon *sua sponte* examination of the record.

    THE COURT has considered the the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL respond to Defendant, Ori Tamuz's Verified Motion to Vacate Clerk's Entry of Default (D.E. 19) and Order Granting Motion for Final Default Judgment (D.E. 21) no later than **Tuesday, October 18, 2016**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of October, 2016.

*[signature]*

_____

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf