UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-23744-CIV-UNGARO

BRYAN RAMIREZ,

Plaintiff(s),

v.

DIAMOND TOUCH, INC. d/b/a GRANBURY SOLUTIONS, a Foreign Profit Corporation, et al.,

Defendant(s).

**NOTICE OF SETTLEMENT**
**(AS TO DEFENDANTS, NOVANOVA POS, INC. AND ORI TAMUZ *ONLY*)**

Defendants, NOVANOVA POS, INC. and ORI TAMUZ, hereby advise the Court that they have settled their case with Plaintiff. As a result, all matters in controversy herein have been resolved as to Defendants, NOVANOVA POS, INC. and ORI TAMUZ, *only*.

Respectfully submitted,

**s/R. Martin Saenz**
R. Martin Saenz (FBN: 0640166)
E-mail:msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Defendants*, NOVANOVA POS, INC. and ORI TAMUZ*)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Martin Saenz**

## SERVICE LIST

**BRYAN RAMIREZ v. DIAMOND TOUCH, INC. d/b/a GRANBURY SOLUTIONS, a Foreign Profit Corporation, et al.**
Case No.16-23744-CIV-UNGARO
**United States District Court, SOUTHERN District of Florida**

R. Martin Saenz
E-Mail:msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

**Allison Gluvna Folk**
Jackson Lewis P.C.
One Biscayne Tower, Suite 3500
2 S. Biscayne Boulevard
Miami, FL 33131
(305) 577-7600
Fax: (305) 373-4466
Email:
allison.folk@jacksonlewis.com
*Attorney for DIAMOND TOUCH, INC.*

**Jennifer A. Schwartz**
Jackson Lewis P.C.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email:
Jennifer.Schwartz@jacksonlewis.com

*Attorney for* DIAMOND TOUCH, INC.

**Anthony Maximillien Georges-Pierre**
Remer & Georges-Pierre, PLLC
Court House Tower
44 West Flagler Street
Suite 2200
Miami, FL 33130
305-416-5000
Fax: 305-416-5005
Email: agp@rgpattorneys.com
*Attorney for Plaintiff*