**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:16-cv-23744-UU

BRYAN RAMIREZ,

Plaintiff,

v.

DIAMOND TOUCH, INC., *et al.*,

Defendants.
_______________________________________________/

**ORDER**

THIS CAUSE came before the Court upon Notice of Settlement as to Defendants, Novanova Pos, Inc. and Ori Tamuz. D.E. 51.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1), all claims against Defendants, Novanova Pos, Inc. and Ori Tamuz, are DISMISSED, with the parties to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of January, 2017.

_______________________________
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf